UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nicolean Elisa W.B.,                                                  Case No. 24-cv-3076 (PJS/DTS)

    Plaintiff,

v.                                                                                      **ORDER**

Leland Dudek,
*Acting Commissioner of Social Security*

    Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated April 21, 2025. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. Plaintiff's request to reverse and remand the Commissioner's decision [Dkt. Nos. 9, 12] is **DENIED**.

2. Defendant's request to affirm the Commissioner's decision [Dkt. No. 11] is **GRANTED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 7, 2025

                                    /s/ Patrick J. Schiltz
                                    Patrick J. Schiltz
                                    United States District Court Judge